UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE SECTION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| VS. | ] | CRIM. CASE NO. 3:10-CR-00148 |
| | ] | JUDGE HAYNES |
| JONATHAN WALKER | ] | |

*[Handwritten annotation: Denied. This motion is granted. The hearing is set for October 31, 2014 at 10:00 am. /s/ [Judge] 10-20-14]*

MOTION TO SET SENTENCING HEARING DATE

Comes now the Defendant, and moves the Court to set a date for sentencing. As grounds therefore, the Defendant would show as follows:

The Defendant has filed a Position of the Defendant With Respect to Sentencing Factors and wishes to be sentenced by the Court to begin his prison term.

WHEREFORE, the Defendant moves the Court to set a date for sentencing.

Respectfully Submitted,

s/ Dwight E. Scott
BOPR No. 016892
4024 Colorado Ave.
Nashville, TN 37209
615-292-6865
FAX 615-292-6865

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been provided to Asst. U.S. Attorney Sunny Koshy, sunny.Koshy@usdoj.gov, Suite A-961, 110 Ninth Ave. South, Nashville, TN 37203, via U.S. mail on this the 6th day of October, 2014. Other parties to the case may be served via other means.

s/ Dwight E. Scott