# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

UNITED STATES OF AMERICA
**V.**

JOHNATHAN LEON WALKER

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:10-00148

USM Number: 19651-075

Dwight E. Scott
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  One (1) through Six (6)  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall refrain from any unlawful use of a controlled substance | 7/16/15 |
| 2 | Defendant shall participate in drug testing and, if deemed necessary by the U.S. Probation Office, a program of substance abuse treatment which may include a 30-day inpatient substance abuse treatment program followed by up to 90 days in a community corrections center at the direction of the Probation Officer | 7/20/15 |
| 3 | Defendant shall not commit another federal, state, or local crime | 7/9/15 |
| 4 | Defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer | 7/13/15 |
| 5 | Defendant shall notify the Probation Officer at least 10 days prior to any change in residence or employment | 7/13/15 |
| 6 | Defendant shall not commit another federal, state, or local crime | 9/2/15 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.   8851

Defendant's Year of Birth:   1986

City and State of Defendant's Residence:
Nashville, Tennessee

September 22, 2015
Date of Imposition of Judgment

*/s/ Todd Campbell*
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 22, 2015
Date

DEFENDANT:      JOHNATHAN LEON WALKER                                    Judgment — Page 2 of 2
CASE NUMBER:    3:10-00148

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     twenty-four (24) months

No period of Supervised Release is imposed.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served since Federal arrest on July 16, 2015.

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

   ____ at _____ p.m. on _____

   ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ____ before 2 p.m. on _____

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal